ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

WILLIAM STANLEY, )
)
    Plaintiff, )
)
v. ) CV 605-075
)
GLENN RICH, Warden, et al., )
)
    Defendants. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants" "Motion for Certification for Interlocutory Appeal and for Stay of Proceedings" (doc. nos. 13, 16) is **DENIED**.

SO ORDERED this 17 day of January, 2006.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT